UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THE ANNUITY, PENSION, WELFARE,
TRAINING AND LABOR MANAGEMENT
COOPERATION TRUST FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, *by
their trustees Edwin L. Christian, Christopher T.
Confrey, John Cronin, Joseph Byrne, Kenneth
Klemens, Jr., John F. O'Hare, William Tyson
and Michael Salgo* and INTERNATIONAL
UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO, by its business
manager Edwin L. Christian
                    Plaintiffs,

v.

PCI Industries Corp.,
                    Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 8197 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/20

      On October 2, 2020, plaintiffs the Annuity, Pension, Welfare, Training and Labor Management Cooperation Trust Funds of the International Union of Operating Engineers Local 14-14B, AFL-CIO and International Union of Operating Engineers Local 14-14B, AFL-CIO, commenced the instant action against defendant PCI Industries Corp. (Doc. #1).

      On October 19, 2020, plaintiffs docketed a proof of service indicating service on defendant on October 15, 2020. (Doc. #6). Accordingly, defendant had until November 5, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendant remains in default, plaintiffs are ORDERED to seek a certificate of default as to defendant by December 3, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by December 17, 2020. **If plaintiffs fails to satisfy either deadline, the Court may dismiss the case as to defendant without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge